STATE v. NELSON

No. 159 PC.

Case below: 36 N.C. App. 235.

Petition by defendant for disretionary review under G.S. 7A-31 denied 14 July 1978.

STATE v. SNEED

No. 147 PC.

Case below: 36 N.C. App. 341.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 July 1978.

STATE v. TOWNSEND

No. 44.

Case below: 36 N.C. App. 388.

Motion of Attorney General to dismiss defendant's appeal allowed 5 July 1978.

WILLIAMS v. GREENE

No. 135 PC.

Case below: 36 N.C. App. 80.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 14 July 1978. Motion of defendants to dismiss appeal for lack of substantial constitutional question allowed 14 July 1978.

WILLIAMS v. POWER & LIGHT CO.

No. 139 PC.

No. 52 (Fall Term).

Case below: 36 N.C. App. 146.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 14 July 1978.